**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-44465 |
| MARK M ESCH | § | Chapter 7 |
| JANEMARIE T ESCH | § | |
| Debtor(s) | § | |
| | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 12/7/2012 .

United States Courthouse
Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/7/2012     By: _/s/ Joji Takada_
                                                            Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MARK M ESCH § Case No. 11-44465
JANEMARIE T ESCH §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,500.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 12,500.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 2,000.00 | $ 0.00 | $ 2,000.00 |
| Trustee Expenses: Joji Takada | $ 8.20 | $ 0.00 | $ 8.20 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,008.20 |
| Remaining Balance | $ 10,491.80 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 79,958.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Receivables Management Inc | $ 135.39 | $ 0.00 | $ 17.77 |
| 2 | Capital One,N.A | $ 1,944.97 | $ 0.00 | $ 255.21 |
| 4 | Chase Bank USA, N.A. | $ 14,824.42 | $ 0.00 | $ 1,945.19 |
| 5 | Great Lakes Educational Loan Services | $ 22,658.08 | $ 0.00 | $ 2,973.09 |
| 6 | Great Lakes Educational Loan Services | $ 4,892.94 | $ 0.00 | $ 642.03 |
| 7 | Great Lakes Educational Loan Services | $ 17,575.96 | $ 0.00 | $ 2,306.24 |
| 8 | Great Lakes Educational Loan Services | $ 14,918.80 | $ 0.00 | $ 1,957.58 |
| 9 | GE Capital Retail Bank | $ 3,008.02 | $ 0.00 | $ 394.69 |

Total to be paid to timely general unsecured creditors       $     10,491.80

Remaining Balance       $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
Trustee

*Joji Takada*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                       Case No. 11-44465-BWB
Mark M Esch                                                  Chapter 7
Janemarie T Esch
      Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: mhenley                Page 1 of 3              Date Rcvd: Nov 09, 2012
                              Form ID: pdf006              Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2012.
db/jdb        +Mark M Esch,    Janemarie T Esch,    861 Bristol Lane,    New Lenox, IL 60451-9226
18001389      +Alverno Clinical Laboratories LLC,    555 W. Court Street,    Suite 300,    Kankakee, IL 60901-3600
18001391      +Burke Medical Group, Ltd.,    3700 W. 203 Street,    Suite 310,    Olympia Fields, IL 60461-1182
18001392      +Candice L. Gibbons, D.D.S., P.C.,    2449 E. Joliet Highway,    New Lenox, IL 60451-2592
18292136      +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,TX 75374-0933
18001394      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18325186       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
18001395      +Check Systems, Inc.,    Attn: Customer Relations,    7805 Hudson Road, Ste 100,
                Woodbury, MN 55125-1703
18001396      +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
18001397      +Citibank Usa,    Po Box 20363,    Kansas City, MO 64195-0363
18001399       Equifax Information Services, LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
18001400       Experian,    P.O. Box 9701,    Allen, TX 75013-9701
18001401      +Ffcc-columbus Inc,    Po Box 20790,    Columbus, OH 43220-0790
18001402      +Ford Motor Credit Corporation,    Ford Credit,    Po Box 6275,    Deerborn, MI 48121-6275
18001404      +Glenwood Medical Corporation,    10735 W. 159th Street,    Orland Park, IL 60467-4531
18342431       Great Lakes Educational Loan Services,    Claims Filing Unit,    PO Box 8973,
                Madison, WI 53708-8973
18001405      +Harris N.a.,    Attn: Bankruptcy,    3800 Golf Rd Ste. 300/Po Box 8759,
                Rolling Meadows, IL 60008-8759
18001406      +Home Depot Credit Services,    P.O. Box 182676,    Columbus, OH 43218-2676
18001410      +Palisades Collection,    Attn: Bankruptcy,    3348 Ridge Rd,    Lansing, IL 60438-3112
18001411      +Parkview Orthopaedic Group, S.C.,    7600 West College Drive,    Palos Heights, IL 60463-1066
18001412      +Petty, Bielik & Burke Orthodontics,    10343 W. Lincoln Highway,    Frankfort, IL 60423-1280
18001413      +Physicians Prompt Care Center, LLC,    Department 4620,    Carol Stream, IL 60122-0001
18462859      +Provident Funding Associates, L.P.,    PO Box 5914,    Santa Rosa, CA 95402-5914
18001414      +Provident Funding Association,    C/O Andrew E. Houha,    Johnson, Blumberg, & Associates, LLC,
                230 W. Monroe Street, Ste 1125,    Chicago, IL 60606-4723
18275517       Receivables Management Inc,    3348 Ridge Rd,    Lansing, IL 60438-3112
18001415      +Scotty's Lawn Care,    P.O. Box 105,    Manhattan, IL 60442-0105
18001416      +St. James Diabetes,    38005 Eagle Way,    Chicago, IL 60678-1380
18001417      +Suburban PainCare Center PC,    2364 Plainfield Road,    Suite D,    Crest Hill, IL 60403-1800
18001418      +TransUnion Consumer Solutions,    P.O. Box 2000,    Chester, PA 19016-2000
18001419      +Us Dept Of Ed/glelsi,    2401 International,    Madison, WI 53704-3121
18001420      +Usded/glelsi,    2401 International,    Madison, WI 53704-3121
18001422      +Well Group Health Partners,    38132 Eagle Way,    Chicago, IL 60678-1381
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18001390      +E-mail/Text: sofie.skalicky@atipt.com Nov 10 2012 00:12:57      Athletic & Therapeutic Inst.,
                790 Remington Blvd.,    Bolingbrook, IL 60440-4909
18001393      +E-mail/Text: don@creditbureauusa.net Nov 10 2012 00:13:46      Cb Usa Inc,    5252 S Hohman Ave,
                Hammond, IN 46320-1723
18001398      +E-mail/Text: legalcollections@comed.com Nov 10 2012 00:12:16      Com Ed,    P.O. Box 6111,
                Carol Stream, IL 60197-6111
18457105       E-mail/PDF: rmscedi@recoverycorp.com Nov 10 2012 00:17:11      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18001403      +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2012 00:33:39      Gemb/JC Penny,
                Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
18001407      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 10 2012 00:11:48       Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
18001408      +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2012 00:18:16      Lowes / MBGA / GEMB,
                Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
18001409      +E-mail/Text: bankrup@nicor.com Nov 10 2012 00:11:34      Nicor Gas,
                Attention: Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18001421      Usdoe/glelsi
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: mhenley              Page 2 of 3              Date Rcvd: Nov 09, 2012
                              Form ID: pdf006            Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 11, 2012**          **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: mhenley               Page 3 of 3              Date Rcvd: Nov 09, 2012
                              Form ID: pdf006             Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2012 at the address(es) listed below:

        Andrew E Houha    on behalf of Creditor   Provident Funding Associates, L.P. andrew@johnsonblumberg.com, rocio@johnsonblumberg.com
        Joji Takada    trustee@takadallc.com, jtakada@ecf.epiqsystems.com
        Michael L Sherman    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw1@aol.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Thomas W Toolis    on behalf of Debtor Mark Esch twt@jtlawllc.com, lld@jtlawllc.com;axb@jtlawllc.com

        TOTAL: 5