UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
MARK M ESCH                         §    Case No. 11-44465
JANEMARIE T ESCH                    §
                                    §
                                    §
          Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada             , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By: /s/Joji Takada _____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Provident Funding Associates, L.P. |  |  |  |  |  |
| 3 | Ford Motor Credit Corporation |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital One,N.A | | | | | |
| 4 | Chase Bank USA, N.A. | | | | | |
| 9 | GE Capital Retail Bank | | | | | |
| 5 | Great Lakes Educational Loan Services | | | | | |
| 6 | Great Lakes Educational Loan Services | | | | | |
| 7 | Great Lakes Educational Loan Services | | | | | |
| 8 | Great Lakes Educational Loan Services | | | | | |
| 1 | Receivables Management Inc | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 11-44465 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada |
|---|---|---|---|---|---|---|
| Case Name: | MARK M ESCH | | | | Date Filed (f) or Converted (c): | 10/31/2011 (f) |
| | JANEMARIE T ESCH | | | | 341(a) Meeting Date: | 11/28/2011 |
| For Period Ending: | 01/19/2013 | | | | Claims Bar Date: | 02/29/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 861 BRISTOL LANE NEW | 282,233.00 | 0.00 | | 7,500.00 | FA |
| 2. HARRIS BANK CHECKING | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 3. MISCELLANEOUS HOUSEHOLD | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4. EVERYDAY CLOTHING | 650.00 | 650.00 | | 0.00 | FA |
| 5. JEWELRY | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 6. 401(K) MASS MUTUAL | 42,000.00 | 42,000.00 | | 0.00 | FA |
| 7. LOCAL 130 PENSION | 0.00 | 0.00 | | 0.00 | FA |
| 8. POSSIBLE 2011 TAX REFUND - ESTIMATED | 7,000.00 | 7,000.00 | | 5,000.00 | FA |
| 9. 2007 FORD EDGE 66,000 MILES | 10,593.00 | 10,593.00 | | 0.00 | FA |
| 10. 2002 F150 140,00 MILES | 3,185.00 | 3,185.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $351,661.00    $69,428.00    $12,500.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

112811--Review tax returns for anticipated 2011 tax refund; Correspondence and telephone conference with real estate broker re: valuation of primiary residence.
122011--File Application to Employ Real Estate Broker re: primary residence.
022412--Sell interest in residential home back to Debtor for $7500.00.
082112--Correspondence with A. Houha regarding withdrawal of secured proof of claim filed on behalf of mortgagee, Provident Funding.
110712--TFR filed.
121712--Distribution made; Checks cut.

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | *Debtor Claimed Exemption |
| RE PROP # | 2 | -- | *Debtor Claimed Exemption |
| RE PROP # | 3 | -- | *Debtor Claimed Exemption |
| RE PROP # | 4 | -- | *Debtor Claimed Exemption |
| RE PROP # | 5 | -- | *Debtor Claimed Exemption |
| RE PROP # | 6 | -- | *Debtor Claimed Exemption |

Exhibit 8

Initial Projected Date of Final Report (TFR): 10/31/2013        Current Projected Date of Final Report (TFR): 10/31/2013

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 11-44465 | Trustee Name: Joji Takada | |
| Case Name: MARK M ESCH | Bank Name: Congressional Bank | |
| JANEMARIE T ESCH | Account Number/CD#: XXXXXX6450 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX5351 | Blanket Bond (per case limit): | |
| For Period Ending: 01/19/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/26/12 | | Janemarie Esche<br>861 Bristol Lane<br>New Lenox, Illionis 60451 | Proceeds from sale<br>Buyout of equity in home and<br>2011 tax refund | | $12,500.00 | | $12,500.00 |
| | | | Gross Receipts $12,500.00 | | | | |
| | 8 | | POSSIBLE 2011 TAX REFUND - ESTIMATED $5,000.00 | 1124-000 | | | |
| | 1 | | 861 BRISTOL LANE NEW $7,500.00 | 1110-000 | | | |
| 12/13/12 | 1001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,000.00 | $10,500.00 |
| 12/13/12 | 1002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $8.20 | $10,491.80 |
| 12/13/12 | 1003 | Receivables Management Inc<br>3348 Ridge Rd<br>Lansing, Il 60438-3112 | Final distribution to claim 1 representing a payment of 13.12 % per court order. | 7100-000 | | $17.77 | $10,474.03 |
| 12/13/12 | 1004 | N. A Capital One<br>Capital One,N.A<br>C/O Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Final distribution to claim 2 representing a payment of 13.12 % per court order. | 7100-000 | | $255.21 | $10,218.82 |
| 12/13/12 | 1005 | N. A. Chase Bank USA<br>Chase Bank Usa, N.A.<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 4 representing a payment of 13.12 % per court order. | 7100-000 | | $1,945.19 | $8,273.63 |
| 12/13/12 | 1006 | Great Lakes Educational Loan Services<br>Claims Filing Unit<br>Po Box 8973<br>Madison, Wi 53708-8973 | Final distribution to claim 5 representing a payment of 13.12 % per court order. | 7100-000 | | $2,973.09 | $5,300.54 |
| 12/13/12 | 1007 | Great Lakes Educational Loan Services<br>Claims Filing Unit<br>Po Box 8973<br>Madison, Wi 53708-8973 | Final distribution to claim 6 representing a payment of 13.12 % per court order. | 7100-000 | | $642.03 | $4,658.51 |

Page Subtotals: $12,500.00  $7,841.49

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 11-44465 | Trustee Name: Joji Takada | |
| Case Name: MARK M ESCH | Bank Name: Congressional Bank | |
| JANEMARIE T ESCH | Account Number/CD#: XXXXXX6450 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX5351 | Blanket Bond (per case limit): | |
| For Period Ending: 01/19/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/13/12 | 1008 | Great Lakes Educational Loan Services Claims Filing Unit Po Box 8973 Madison, Wi 53708-8973 | Final distribution to claim 7 representing a payment of 13.12 % per court order. | 7100-000 | | $2,306.24 | $2,352.27 |
| 12/13/12 | 1009 | Great Lakes Educational Loan Services Claims Filing Unit Po Box 8973 Madison, Wi 53708-8973 | Final distribution to claim 8 representing a payment of 13.12 % per court order. | 7100-000 | | $1,957.58 | $394.69 |
| 12/13/12 | 1010 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Final distribution to claim 9 representing a payment of 13.12 % per court order. | 7100-000 | | $394.69 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $12,500.00 | $12,500.00 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $12,500.00 | $12,500.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $12,500.00 | $12,500.00 |

Page Subtotals: $0.00 $4,658.51

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6450 - Checking Account | $12,500.00 | $12,500.00 | $0.00 |
|  | $12,500.00 | $12,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| **Total Net Deposits:** | **$12,500.00** |
| **Total Gross Receipts:** | **$12,500.00** |

Page Subtotals:   $0.00   $0.00